■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN ANDERSON, Appellant. [750 NYS2d 498] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered January 3, 2001, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of 18 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490). The evidence warranted the conclusion that defendant intended to cause serious physical injury, and the jury properly rejected his speculative alternate theories.

We perceive no basis to reduce the sentence. Concur—Tom, J.P., Mazzarelli, Buckley, Sullivan and Lerner, JJ.

■ In the Matter of LAURA A., a Person Alleged to be a Juvenile Delinquent, Appellant. [750 NYS2d 499] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about January 29, 2002, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed an act that, if committed by an adult, would constitute the crime of reckless endangerment in the second degree, and conditionally discharged her for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appellant's motion to dismiss the petition against her, given the extreme dangerousness of appellant's conduct (*see Matter of Katherine W.*, 62 NY2d 947). Concur—Tom, J.P., Mazzarelli, Buckley, Sullivan and Lerner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR JOHNSON, Appellant, v WARDEN, Respondent-Respondent. [750 NYS2d 499] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about June 16, 2000, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

We have considered and rejected the contentions raised in defendant's pro se supplemental brief. Concur—Tom, J.P., Mazzarelli, Buckley, Sullivan and Lerner, JJ.